IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| JASON CLIFFORD CONWAY,    ) | |
|     Petitioner,    ) | |
|         ) | |
| v.    ) | |
|     )    | Civil No. 7:08-CV-195-O |
| RICK THALER, Director,    ) | |
| Texas Department of Criminal Justice,    ) | |
| Correctional Institutions Division,    ) | |
|     Respondent.    ) | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and of the Findings and Recommendation of the United States Magistrate Judge, I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the petition for writ of habeas corpus is DENIED.

The Clerk of Court shall transmit a copy of this order to Petitioner, to Counsel for Petitioner and to Counsel for Respondent.

SO ORDERED this 30th day of November, 2009.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**